In the Matter of LILLIAN SS. and Another, Children Alleged to be Neglected. ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRIAN SS., Appellant. (And Another Related Proceeding.)

Submitted July 14, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted June 30, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of NORMAN J. MERCER, Deceased. BNY MELLON, N.A., et al., Respondents; HOWARD MERCER et al., Appellants, et al., Respondent.

Submitted July 7, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

MICHAEL NICHOLSON et al., Appellants, v INCORPORATED VILLAGE OF GARDEN CITY et al., Respondents.

Submitted June 30, 2014; decided September 11, 2014

Motion for reconsideration of this Court's May 8, 2014 dismissal order denied [see 23 NY3d 947 (2014)]. Motion for leave to appeal denied.